**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JERHAUN KEYES, etc.,** ) ) )     Plaintiff,     ) ) v.                            ) ) **CITY OF BAKERSFIELD, et al.,** ) ) )     Defendant     ) _____) | **1:06-cv-0629 OWW TAG** **ORDER DISMISSING ACTION PURSUANT TO STIPULATION** |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice.**

**Dated: January 12, 2007         /s/ OLIVER W. WANGER**
                                **United States District Judge**

1